2332 Apple Inc. v. California Institute of Technology. Mr. Dowd. Good morning, Your Honor. May it please the Court. My name is Jim Dowd, and together with Michael Smith, I represent Apple in this appeal. The PTAB committed Let me start out just expressing my personal opinion. I found your brief very difficult to follow, and that you didn't explain the technology in a way that made it easy for me to understand what was going on. And I mention that to you because I hope in the oral argument you get past that and that you're able to simplify it. This is complicated technology, and it's really important that we understand what the basics are here. I do plan to address that presently, Your Honor. And give an explanation of exactly what the proposed modification would be. I do want to start out by saying there were essentially two errors below. The first related to the motivation to combine issue, and the second related to the reasonable expectation of success. Those are linked because the Mackay reference really gives both. But to Your Honor's question, there was no dispute below that if the modification that we propose, Apple proposes, was made, it would actually teach the claims. And I can illustrate that, I think, very directly with respect to the As I understand your argument, and maybe this isn't your argument, but this is my understanding of it, that Mackay teaches that not only that overall there should be irregularity, but it actually teaches that the HD should be irregular because that's what is primarily irregular in Mackay. And that made it create a motivation to make the HD in Ping irregular. Am I understanding that correctly? I believe, Your Honor, has it correctly in the following way. The first is that Ping itself teaches having two separate matrices. There's an HD matrix, and importantly, the D in Ping is specifically defined as referring to information bits. So in Ping, the matrix HD is the matrix that you multiply by a vector of information bits. And all of this, Your Honor, is linear algebra. So all of this is about the linear algebraic Yeah, but could you just tell me whether I'm right or wrong in understanding what your argument is? I believe, Your Honor, does have it correct. So in Ping, HD is a matrix that you multiply by information bits. In Mackay, specifically in L93Y, that code of Mackay, Mackay's teaching is to modify that exact same portion of a matrix. The HD portion. The HD portion. Doesn't Ping specifically make HD regular and teaches that it's trying to have a specific, it almost doesn't teach away from the K, but it suggests that it's purposefully, deliberately trying to have HD be regular and HP irregular. And that's a design choice. I think Your Honor's point that HD is regular, it is true that HD is regular in Mackay, I'm sorry, in Ping, but Ping does not teach away from making a modification. In fact, what Ping states is I would say that it taught away. And I think that's important because what Ping states is that the column weights of HD are a variable. They're T. And it does encourage you can try modifying T. So it does talk about making a modification. And what Mackay adds. I'm sorry, just changing T from anywhere from one to some higher digit? That's correct. But it would still remain regular. It would remain regular. Right. But what Mackay teaches, and Mackay comes out about three months after Ping, is that, and you can see this in figures 5, 6, and 7, that if you take a regular code, LBGC code. Can I just ask this question? Did your petition and supporting affidavit as opposed to the reply make any reference to L93Y? It did, Your Honor. And let me take you to that. So. Or figures 5 and 6. You say it's Mackay? It's Mackay is how he pronounced his name. So in the petition, this teaching of Mackay is at appendix 9041. And what that does is in the petition, it specifically calls out the rapid encoding irregular construction. And the rapid encoding or fast encoding construction, that is the L93Y construction. It was 90 what? 9041. And there we cite page 1454 of Mackay. And that's the page where the fast encoding improved performance of this code L93Y are shown. That's discussed with respect to figure 7 and in the text there. And that specifically is this L93Y. I just got to 9041. Can you tell me where it is that you're identifying on that page? Sure. So on that page, you'll see right in the middle there is some discussion. To that end, Mackay investigates improving Gallagher codes so that they can be rapidly encoded. And then we cite Mackay exhibit 1102 and page 1454. We examine regular and irregular constructions which lend themselves to rapid encoding. L93Y, that code, is Mackay's rapid encoding irregular code. It's the only disclosed rapid encoding regular code in Mackay. My understanding of the board's point here is that based on testimony from the patentee's expert witness, that the regularity in the HD portion of PING is beneficial and that it would be inconsistent to make that irregular. And there is such testimony. The question is whether it finds any support in PING itself. And, Your Honor, it does not find support in PING itself. Because what PING itself teaches is that the benefit is from decomposing, is PING's language. Separating the parts of an LDPC code into the HD portion, which is a matrix that's multiplied by information bits, and the HP portion where P stands for parity bits, that portion performs accumulation to produce parity bits. So that's the benefit. PING says if you separate that out, it makes it easier, it makes it faster. What about where PING says that the new method can achieve the same performance as Mackay with significantly reduced complexity? Your view is that's borne out just by simply having two different sub-matrices? So PING doesn't say that it's producing the performance of Mackay. Mackay comes after. PING does refer to the author of Mackay as having reinvigorated interest in LDPC codes. But what PING is saying is if we separate into the HD portion, the portion that deals with the information bits, and the HP portion, the portion that produces the parity bits, that's what gives the benefit, the simplicity, and the performance gain. There's nothing... So these claims are, the ones that are at issue here, are about encoding, right? So they are ultimately about the generator matrix, which I don't correct the following. Anything I say is wrong. Mackay does not talk about generator matrices. It talks about the decoding low-density parity-check matrices. PING talks about the low-density parity-check decoder matrices, of which a portion, namely HD, is also going to serve as the generator matrix. So why aren't you essentially saying, or wasn't it your theory, that what Mackay says about the decoder side of things, the parity-check matrices, in some instances, particular ones that he constructed, provide a benefit. Not all irregularity do it. He found one that, by lots of computer testing work, translates into changing a portion of the decoder low-density parity-check matrix in PING, which is the portion used for the generator matrix. So I agree in part, but let me come to the, I think the key issue is, Mackay is not limited to decoding. Mackay is talking about LDPC codes in general, which is... But isn't it entirely all the matrices spoken about, about the parity-check matrices, not the generator matrices? It has both, Your Honor. And actually, if I take you to Appendix 1004 and 1005, I can walk Your Honors through that. If you look at Figure 5 on page 1004, that is describing the encoding procedure. Right. Can you help me on that, actually? This is one thing. One of the pieces may be the only, I'm not sure, notations I've never seen before, M sub less than sign. What does that mean? All that means is that what's happening in Figure 5 is Mackay is... Just explain the notation. Yes. So the M there is looking at... I understand what M is. What is M with a small index of the form of a caret? What does that mean? Your Honor, I'm not sure, but it also, I don't think, makes a difference in terms of the analysis. Speaking for myself, I have spent days working through the details of this, and when there's a key figure, this is absolutely key to your argument, and there's a notation that is not explained in anything I have seen and I don't understand it, it's a problem for me. No, I understand where you are now. So if you look, it says that the bits TK plus 1 through TN minus M, and then there's the caret that your Honor talked about. Yes. That M... And it's in the picture, too. It is. That's the words. It is. That M caret portion is referring to the rows associated to the left there. And so I believe... So the caret means to the left? It's just defining that portion as a portion of the total column. So there's the total column height M, and then there's the M caret, which is less than the total column height. But the key here is what figure 5 does is it divides the LDPC into a left side, which is the portion that deals with information bits, and you can see that because bits T1 through TK are defined to be source bits, which are the information bits, and then the bits to the right of this diagonal line are the parity bits. And that is the same division that Ping makes between HD, which is the portion of the matrix that deals with information bits, and HP. And the only reference to all of this in the petition is the passing reference in one sentence to, we tried to figure out how to make some rapid decoding. No, Your Honor. No, that's not correct. In fact, we specifically call out in the petition that Mackay teaches applying irregularity to the column weights of the information bit portion of the matrix. Where is that? That's discussed in the petition at, let me turn it back to that. I believe it's 1045 through 10, I'm sorry, 9045 through 9047 of the petition, Your Honor. And so I'm reading now from 9045. Mackay teaches matrices in which each information bit corresponds to a column and where the weight of that column represents the degree of the information bit, then going on to 9046. As a result, in Mackay's irregular matrix, irregular information bits contribute to different numbers of parity bits. That is what's shown in the L93Y embodiment, where over on, in Mackay on page 1005, we see L93Y has a left portion that has weights nine and three, a right portion, which is the portion that deals with the parity bits and performs an accumulation. It's that right portion that has the irregularity, and the irregularity is only applied to the information bits. So that is specifically teaching in Mackay to change the column weights of the information bit columns. And if you then look at Ping, Ping's HD is the matrix that has information bits. So it is specifically teaching, make the change there. And I want to come back to a point that I wanted to make at the outset. If you look at the 781 patent, Claim 22 is really the representative claim here. Claim 22 is a dependent claim. It depends from Claim 21. Claim 21 describes summing subsets of information bits, and the board below found Ping anticipates Claim 21. So everything in Claim 21 is found in Ping, and the patent owner doesn't challenge that. The difference between Claim 21 and Claim 22 is solely the limitation that the information bits appear in a variable number of subsets. In other words, it's solely that you vary the column weights. And so the only question is, would a person of skill have been motivated and have an expectation of success in making that simple change? To your Honor's opening question, the only change that you'd have to make to Ping's HD is to add a few ones to at least one column. We say that would be exceedingly easy to do. Dr. Fry, Dr. McKay lay that out. And therefore, it would have been, and McKay specifically teaches that if you do that, you get a faster encoding and you get improved performance. Really? I thought all it taught was that in the particular ones he created, he got faster, better code, not some generalization that if you take, add irregularity to anything, you get good stuff out of it. What I meant by that, Your Honor, was his, if you look at Figure 7, for example, what he's saying is on the left, we have a regular version. On the right, we have changed that by adding irregularity to the information bit columns. And he reports that for that example, we've achieved both a faster encoding. It actually is linear time encodable, which is a much faster. And we get the same performance gain as before. Comparing two very specific things, that doesn't, it doesn't mean that the generalization, that if you take some other, let's assume it's regular, assume we're talking about HD, which is by itself regular, that changing this would, by that comparison, create a better coding system. But it does give you a motivation, and it does give you a reason to expect success. Because the claim is only reciting the ability to produce some parity bits. The claims, like Claim 22, if you produce three parity bits, that's all you need to have practiced that claim. And so what Mackay gives you is… Let's assume you're right, that the expectation of success inquiry as a separate piece of doctrine, which as you started off this argument by saying it's not really a separate piece. But let's assume it's a separate piece, and that it doesn't matter how useless the thing is, as long as you can expect to do what the claim says, even if nobody… There remains the question, why would a skilled artisan be motivated to do it? And on that question, you have to have some notion of success about utility or various other words that build off utility. And that's what I'm not sure, I think, I guess, that the board found. Your evidence didn't really prove, because Mackay gives examples of benefits of particular coding arrangements it describes in general terms. But it doesn't establish that if you take PING and make it irregular, according to Mackay, that that would be something a regular skilled artisan, ordinary skilled artisan, would be interested in doing. So two responses on that, Your Honor. First is, under KSR, that is an incorrect legal test. We don't have to show that in Mackay. Mackay specifically says, change HD. Under KSR… You just have to have sufficient evidentiary support. So I'll just change the description, that the board said you did not have sufficient evidentiary support in Mackay or Dr. Davis, particularly when considering, as required, the record as a whole, including Dr. Mitsubishi. But that's not what the board said. The board said Mackay only teaches changing the entire matrix H. And what we've just seen is that's not what L93Y does. L93Y focuses on there are two different parts. There is the part on the left, which is shown in Figure 5, which is the information bit portion. And in Figure 6, it modifies that portion. The HD portion. The HD portion, Your Honor. And then in Figure 7, it shows that that produces both faster linear time encoding as a benefit and improved performance as a benefit. So that sets up the expectation of the person of ordinary skill reading this, who, by the way, is a Ph.D. with years of experience designing these codes. So it is an extremely high level of ordinary skill in this case. And this Court's decisions have said when the level of skill is high, a lot more is obvious. So there you have this highly skilled person looking at this saying, well, he's reporting that I get this benefit. It would be obvious to make that change over here to see if I get the same benefit. And that's enough. That is both a motive to do it because Mackay has shown that it does get a benefit. And he said... Well, that something gets a benefit. That specifically making a change to the column weights of the information bit columns gives you a benefit. Faster, better performance. And that is enough to give you a reason why you would do it. One of the things I'm struggling with is your standard of review. Yes. And that I read the Board's opinion as having two different reasons for why there's no motivation to combine. One is the submatrices point that you just addressed. But the other is that Ping's parity check matrix H is already irregular. And that this irregularity undermines the reasons for modifying. And so how are you responding to that? I mean, and the question here is, again, substantial evidence in whether the Board's determination on motivation was reasonable. So I think it's two, there are two responses, Your Honor. The first is, as I understand the Board, what the Board is focused on is this portion HP. And in HP, there is some, and this is the part that deals just with the parity bits. There is almost every one of the columns for the parity bits has a weight 2. And then just the very last one has weight 1. So that, they say, is irregularity. The response to that is twofold. First. And just to be clear, Dr. Mitzenmacher explains that the irregularity is 1, 2, and T. It's not just 1 and 2. It's 1, 2, and T. And T can range, you know, I think the example he gives is 9. But 9 is not disclosed. T could be 2. Because T is a variable. It's undefined. You can set T to anything you want. So his example of 9 is not what Ping teaches. T is just a variable. T calls out 4, doesn't it? T gives an example of 4. But I could set T to 2. And then the only irregularity would be in the HP last column, which would be 1. And Mackay, on its front page, specifically addresses this. This is Appendix 1001. We will use the term regular, quote, unquote, for codes that have nearly uniform weight columns and rows. Nearly uniform, not perfectly. Quote, for example, codes which have some weight 2 columns and some weight 3 columns. So Ping says that if you have some weight 3 and some weight 2, that's still regular as far as I'm concerned. And the teaching of Mackay is we want to introduce more irregularity in a specific place. We want to introduce more, meaning let's make it 9. Let's make it a weight 9 column and a weight 3 column, specifically in the portion that is for the information bits. So there are two errors, really, with the board's analysis. One is it ignores the teaching here of Mackay that says that little bit of irregularity they're pointing to, having weight 2 and then the last column's weight 1, that is still regular for purposes of Mackay's analysis, and we want to make things more irregular. And then the second is the board does not address at all the teaching of L93Y, which is to make that irregularity specific to the information bit columns. Okay, I think we're out of time. We'll give it two minutes for rebuttal. Thank you. Mr. Rosado. Thank you, Judge Dyke. And may it please the Court, I'm going to address several points and then some of the new arguments that have come up. But starting with the briefing, Apple's entire case on appeal comes down to two contentions that are simply false and not reflective of what's stated in the final written decisions. The first contention is that the board failed to engage in the actual proposal that they were. Why don't you address the arguments that are being made? First of all, my understanding of the argument is that Mackay shows irregularity in HD, and that is according to the terminology used in Mackay, is the only irregularity that Mackay shows, and that that provides motivation to change the HD in ping to make it irregular. What's wrong with that argument? A lot of things are wrong with that argument. There is no HD in Mackay.  Mackay is talking about a parity-check matrix as a whole, as a single entire parity-check matrix. Ping started with that type of parity-check matrix and then advanced the technology by doing very specific things. One of the things they did was to break that matrix into two sub-matrices, HP and HD. So you don't see any HD until you get to ping, because that's one of ping's innovations. There's no HD in Mackay? No, there's no HD in Mackay. This is entirely new. Well, using different language, the left side of figure 5 in Mackay, why is that not enough like HD that somebody would be motivated to do to HD what apparently this description of the encoding procedure in figure 5, let's assume that this argument was sufficiently made in a timely fashion, because I want to understand it, that that is just different language for what I think Judge Dyke, my understanding of what Judge Dyke was describing. Understood, and understanding I very strongly do not believe that argument was timely made, but going with that, I think what's happening is there's an attempt to read in content of ping through that interpretation. And as I understand what's in figure 5, and none of the experts have testified on this in a timely fashion. There was certainly some deposition testimony, that is your expert was deposed about figure 5, and certain excerpts in the joint appendix about that, and maybe that's already not timely. And I think Dr. Fry talks about it in the course of talking about L93Y, which was maybe referred to in the opening petition. If you can just put aside the timing question, help us understand what is going on in figure 5. Sure, and it helps to know what's going on in MacKay generally, to understand what I believe is going on in figure 5. What MacKay is doing is taking one pattern for parity check matrix, the so-called 93 pattern, which they describe as an irregular matrix in the sense that it has one column out of 12 at weight 9, all the rest, the other 11 columns are at weight 3. And what MacKay is experimenting with is within that very specific pattern, if there's any performance difference or coding difference, based on how the ones are distributed within that pattern. So those are the experiments MacKay is performing. They're going through and randomly generating... Within the nine columns. Yes, I believe that's true. The distribution within the nine columns. And then looking at different types of distribution through random generation and then empirical testing to try to determine what works in this area and what doesn't work. So in that sense, they're looking at distribution within a parity check matrix to try to figure out what works. So if we're looking at figure 5, I believe what MacKay is trying to do is consistent with that notion of a researcher trying to understand how distribution within a parity check matrix might affect performance. So I think in that sense, he's trying to point to different... Again, just continue helping me. So this is about an encoding procedure, figure 5, that's what it's called. And the idea here is to try to indicate why, if you have something like the parity check matrices we're testing, then the encoding process will actually be reasonably fast. Low cost in memory. It's a different method, the fast encoding method, that's using, I believe, this different parity check... The point of this chart is the little stuff on the right about storage requirements for the encoding process, right? I think that's right. I think that's right. I mean, you're asking the lawyer who hasn't gone through the... hasn't had the experts weigh in on this, but I think that's correct. As far as the question is how that relates to HD, again, I want to be really clear on this. This is the HDHP construction or breaking, restructuring parity check matrices is something that first comes up in Ping, and that's what Ping is describing as the difference. So if we want to understand if that represents a difference with regard to MacKay... Okay, but I'm still not understanding why MacKay in L93Y doesn't disclose the equivalent of the regularity in HD. I don't think that it does, but that ultimately... If we're looking at the basis of the board's decision, what the board said about no substantiated motivation to combine based on 93Y or whatever else Petitioner was originally referring to, all of that still applies. The board's decision seems to be fairly simplistic. It says that MacKay says irregularity is desirable, and some of Ping is irregular, so there's no motivation to make it more irregular. That seems to be the basic tenor of the board decision, which it seems to me is not entirely satisfactory if you assume that MacKay specifically shows that the HD is irregular, and the question is whether there's motivation to make the Ping HD irregular. Well, I mean, I think the board notes that there were a lot of assumptions made, and there's a lot of briefing on the oversimplification that was believed to occur in the petition. I mean, I think the board goes through and takes the very logic that was advanced in the petition materials and then evaluates that in view of the references and the evidence to see if that works, and they go through and give really three main reasons why the logic as laid out didn't work or why the rationale lacks logical underpinnings. One of the reasons is starting with just the notion of what the petitioner was pointing to in MacKay, this observation that an irregular parity check matrix performed better, and the board is looking at the specific proposal. I think the point I'm making is it seems as though there's more to MacKay than a general statement that some irregularity is desirable. It seems to show irregularity as being desirable in something that looks like an HD matrix. I'm not sure I understand the point. I understand some visual appeal looking at the figures. I'm not sure that that's accurate. Ultimately, what the petitioner was proposing is reaching through the parity check matrix to a very specific portion of Ping's parity check matrix and making a modification, and the board very clearly addressed that, went through, and explained precisely why they were rejecting that theory for three main reasons. One, there was a disconnect with what was being argued and the content of both of the references, both MacKay and Ping. One was this disconnect between the general teaching or observation that an irregular parity check matrix as a whole performed better than a regular one as a whole. That didn't connect up with the specific argument that you'd reach in to a parity check matrix and change one particular portion. We're looking for support to guard against what really was a hindsight-driven argument here. Let me ask you about another aspect of this if I could, and that is your expert said that in Ping, it shows that there's a benefit to regularity in the HD matrix and that making that change would ignore the constraints of Ping. But in looking at Ping, I don't see that Ping says that there's a benefit to regularity in the HD matrix. It does, Your Honor. Where does it say that? In two places. One is in the beginning where it talks about... What page is the appendix in? I'm sorry. It's A1010. A1010. Let's see. That's volume three. Volume one. Those are decimal numbers, not binary numbers. Excuse me? Those are decimal numbers, not binary numbers. 1010. 1010. Yes. Okay. So in the beginning of the... And Ping's a very short article here, as you can see. It's a column and a half. But in the very beginning of the Ping discussion, it's talking about LDPC codes. Where are you? So in the second paragraph, it states... This is 1010, second paragraph. Yes. And what... It's saying an LDPC code, and it's citing Dr. McKay's work discussing these randomly generated LDPC codes. Further in the paragraph, it talks about those codes and some problems associated with them, including that they can be very costly in terms of the memory requirements and the operations that are involved. So high complexity is requiring a lot of processing and hardware and cost. But my question was, where does this relate that to irregularity? Yes. Irregularity. And in two places. I'm being slow in getting here, but in the next paragraph, it describes... Ping describes what they're doing. They're saying they're taking a modified approach compared to McKay, and that modified approach is they're adopting a semi-random technique, not a fully random technique, but semi-random, where they break the matrix in two. Random is irregular. No, random is how they generate the distribution of zeros and ones in the parity check matrix. Right? Because people didn't know how these things work. They would generate them randomly. And they could be gigantic. And they could be gigantic. And you just didn't know what would work, so people would generate them randomly. So they're saying, let's narrow the universe here. We came up with a... So it's making the left side deterministic. Fully deterministic. Where does it say that the right side, the HD part of it, is beneficially quite regular? So early on, they attribute it to both. Further, then they walk through and talk about the HP side. And then when you get down to equation three, they're defining HD. So now we're taking the right side and we're essentially creating a stack, a stack of matrices, one on top of each other. Each one... We're going to have T stacks, right? I think that's right. And in each one, each column is going to have a single one. So each total, we're going to have T ones in each column. One in each piece of the stack. I think that's correct. I think you understand. Where does it say this is a... Back to the original question. Right, so equation three is HD, and the text right underneath that talks about why they're doing it that way. They say... They describe that each sub-block in HD, they randomly create exactly one element, one per column. So they're making it exactly uniform per column. And then they talk about why they're doing that. They describe the partition equation three is to best increase the recurrence distance of each bit in the encoding chain and intuitively reduces correlation during the decoding process. So both experts have weighed in on this. Dr. Davis was asked about this during cross-examination. Dr. Mitzenmacher addressed this directly and explained what that means. Increasing the recurrence distance is what is giving some of the very benefits that Ping is talking about right up front and walking through there. Yeah, but the trouble is there are different benefits from Ping. And he talks about both kinds of benefits. I'm not sure this is referring to the benefit of regularity. Why should I understand this that way? You should not understand it that way. It's not talking about any benefit of irregularity. It's talking about... Of regularity. It's not talking about a benefit of regularity. It's talking about the benefits of the structure and the constraints... Well, the constraints are what's set in that submatrix, and those constraints are a very regular distribution. I'm confused. Explain to me how this is saying there's a benefit for the regularity. So it doesn't use those words, but it says this is the construction we've chosen, exactly one element, one per column. So the one element, one per column... Is uniform. ...means regularity. Yes, it says uniform weight, which under the parlance of Mackay is regularity. Okay. Yes. So it says we have this one element per column, so regularity, and then you're saying the next sentence is, when it's talking about this advantage of reducing the correlation, it's referring back to the attribute of exactly one element, one per column. Yeah, as defined in Equation 3, which it states in that sentence. Precisely, Your Honor. And it ties that structure to the benefit. Did your expert focus on that sentence? Yes. Yes, they did. Where did he go? Where did he go? Dr. Mützenmacher's testimony. I'll turn to what's... See if I can find first what's cited in the board, the board's decision. This was discussed at length. Board citing specifically to paragraph 96 of Dr. Mützenmacher's testimony, and let me find you the A site, Your Honor. 3049? Yeah, 3042. Maybe there's several different Mützenmacher declarations. Yeah, there are multiple different declarations. Paragraph 96, 3049. Yep, paragraph 96. So I'm supposed to look at 96? Which paragraph? I'm sorry, I didn't hear you. It's paragraph 96 at 3049 of the appendix. Thank you. In fact, the whole section here from 3048 to 3051 is Dr. Mützenmacher's testimony on the points regarding the constraints of pinning. Okay, all right. I think we're out of time. Okay. Thank you, Mr. Rosado. Thanks. Thank you. You might address that last point. I will, Your Honor. I just want to hit three points that I think came out of Your Honor's questioning. The first is about what the Board actually said. The second is about the explanation of Figures 5 and 6, which Dr. Frey does give, and that Dr. Frey's explanation is unrebutted. And then the third is, what is the specific benefit that PING says you get from its construction? I'll do the last one first, and then I'll come back to the others. What PING says is not that you can't be irregular. PING picks T to be any variable, and it's the same. But what PING is talking about is that the benefit here is splitting HD and HP. I'm sorry. You use a single T in a given matrix. Right. That is regular by definition. That is regular. In HD, using a single T is regular. Okay. But this idea that that is a constraint that could not be violated is not correct. That's the issue. PING says we did exactly the following thing, and it was terrific. And so the chronology is PING comes out. A person of ordinary skill reads PING, sees I'm going to separate out HD. It's a regular matrix. I'm getting some benefits. And the benefit that PING says is it requires very little memory to store HD in the encoder if HD is sparse. This can be ensured using a small T. Then Mackay gets published, and Mackay says, let's make the HD portion, the information bit portion, have irregular column weights. And it says that that gives you the same benefit in largely the same language. And this is on Appendix 1006. Talking about his fast encoding code, which is L93Y, both the memory requirements and the CPU requirements at the encoder of our fast encoding codes are substantially smaller. And then he goes on. This compares to M. He gives an equation for storing the generator matrix. So Mackay is saying using his construction where you've made the HD portion irregular gives you the same benefit. It has low memory requirements. They're faster encoding. They can be small, just like PINGs. So that idea that PING somehow teaches, essentially they're making a teaching away argument, and it's just not there. There's nothing in PING that constrains the modification that Mackay teaches would give you the benefits of faster encoding and better performance. Coming back to the board, the error that the board made was saying, and I'm quoting, Mackay's teachings are only applicable to the full parity-check matrices. That's at Appendix 26. So, quote, Mackay does not suggest that these improvements would have been applicable to the portions of a parity-check matrix, e.g. PING submatrix HD. That's at Appendix 25. The board's error is they never considered L93Y, and L93Y specifically does what they say Mackay doesn't disclose. Okay, I think we're out of time. If I can just make one last citation, Your Honor. Okay. And that is at Appendix 2164-65, Dr. Fry specifically explains that teaching of Mackay, and that opinion, there is no rebuttal from Dr. Mitzenmacher on that. Okay, thank you, Mr. Nash. Thank you, Your Honor. Thank you, I appreciate it.